UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYLER McMILLION,<br><br>             Plaintiff,<br><br>      v.<br><br>J. DOER, et al.,<br><br>             Defendants. | No. 1:24-cv-01557-KES-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME AND DENYING MOTION FOR COPY OF CERTIFIED TRUST FUND ACCOUNT AS MOOT<br><br>(ECF Nos. 8, 9) |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights complaint pursuant to Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).

Currently before the Court is Plaintiff's motion for an extension of time and request that the unit team deliver his certified trust account statement, filed January 23, 2025. (ECF Nos. 8, 9.) Plaintiff submits that there is a 30 to 45 day delay in the mail processing at the United States Penitentiary-Atwater, and he seeks an extension of any pending deadlines. (ECF No. 8.) Plaintiff also separately seeks a copy of his prisoner trust fund account for the prior six months. (ECF No. 9.)

Plaintiff is advised that on December 20, 2024, the Court issued an order to show cause why the action should not be dismissed for failure to exhaust the administrative remedies. (ECF

1

No. 5.)  After Plaintiff failed to respond to the Court's order to show cause, Findings and Recommendations were issued on January 22, 2025, to dismiss the action for failure to exhaust the administrative remedies.  (ECF No. 7.)

First, inasmuch as Plaintiff's motion to proceed in forma pauperis was granted on December 18, 2024, Plaintiff's motion for a copy of his certified trust account statement is moot. Second, based on Plaintiff's contention of a delay in receipt of mail at USP-Atwater, the Court will grant Plaintiff an extension of time to file objections to the pending Findings and Recommendations, if necessary.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff is granted **thirty (30)** days from the date of service of this order to file objections to the pending Findings and Recommendations; and
2. Plaintiff's motion to obtain a copy of his certified trust account statement is denied as moot.

IT IS SO ORDERED.

Dated:   **January 24, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2