1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                              EASTERN DISTRICT OF CALIFORNIA

10

11    SKYLER MCMILLION,                              No.  1:24-cv-01557-KES-SAB (PC)

12                      Plaintiff,                   ORDER ADOPTING FINDINGS AND
                                                     RECOMMENDATIONS AND DENYING
13            v.                                     PLAINTIFF'S MOTION FOR CLASS
                                                     CERTIFICATION
14    J. DOER, et al.,

15
                      Defendants.
16                                                   Docs. 16, 18

17

18            Plaintiff is proceeding pro se and in forma pauperis in this civil rights complaint pursuant

19    to *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).  This matter was

20    referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule

21    302.

22            On March 5, 2025, the magistrate judge issued findings and recommendations

23    recommending that plaintiff's motion for class certification be denied.  Doc. 18.  The findings and

24    recommendations were served on plaintiff and contained notice that any objections thereto were

25    to be filed within fourteen (14) days after service.  *Id.* at 2.  Plaintiff did not file objections and

26    the time to do so has passed.

27            In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a de

28    novo review of this case.  Having carefully reviewed the file, the Court finds the findings and

                                                     1

recommendations to be supported by the record and by proper analysis.

Accordingly:

1.  The findings and recommendations issued on March 5, 2025, Doc. 18, are ADOPTED IN
    FULL; and

2.  Plaintiff's motion for class certification filed on March 3, 2025, Doc. 16, is DENIED.

IT IS SO ORDERED.

Dated:   May 21, 2025

_____
UNITED STATES DISTRICT JUDGE

2